STATE OF MISSOURI, Respondent, v. GEORGE LEEPER, Appellant.

St. Louis Court of Appeals, December 15, 1896.

Practice, Appellate: APPEAL, FAILURE TO PROSECUTE : AFFIRMANCE. For failure to prosecute an appeal, the judgment below will be affirmed, on motion and certificate of the circuit clerk showing that fact, no cause to the contrary being shown.

*Appeal from the Wayne Circuit Court.*—HON. JAMES F. GREEN, Judge.

AFFIRMED.

ROMBAUER, P. J.—The state recovered a judgment against defendant on the ninth day of August, 1895, for a fine of $200. The defendant appealed, but failed to prosecute his appeal in any manner. The state now produces the certificate of the circuit clerk showing the above facts and moves for an affirmance of the judgment. No cause to the contrary being shown, the judgment is affirmed. All concur.